**Kelly ETIENNE, Appellant,**

v.

**STATE of Florida, Appellee.**

**Case No. 5D16–2097**

District Court of Appeal of Florida, Fifth District.

Opinion filed December 2, 2016

---

1. *Faretta v. California*, 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975).

Kelly Etienne, Carrabelle, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

**PER CURIAM.**

Affirmed, without prejudice to Appellant's ability to file a Florida Rule of Criminal Procedure 3.800(a) motion in the lower court alleging that the sentencing judge erred in imposing a life sentence without parole eligibility after twenty-five years as required by section 775.082(1), Florida Statutes (1991).

SAWAYA, PALMER and BERGER, JJ., concur.